# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** JAMES HUNTER                                        Docket No. 3:00CR00129(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Anne M. Sangiovanni, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of James Hunter who was sentenced to 27 months imprisonment for a violation of 18 U.S.C. § 1344, Bank Fraud (six counts), by the Honorable Alvin W. Thompson, sitting in the court at Hartford, Connecticut, on August 8, 2001 who fixed the period of supervision at five years which commenced on April 1, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:
1) The defendant shall be required to pay restitution of $66,450 to the victims of his offense at a rate of $400 per month on the 15th day of each month commencing in the second month following his release from imprisonment. 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as directed by the Probation Office; the defendant shall pay all or part of the costs associated with such treatment, based on his ability to pay, as determined by the Probation Office. 3) The defendant shall refrain from gambling, and he shall not enter any casino or other gambling establishment, or use the internet for gambling purposes. 4) The defendant shall participate in a compulsive gambling treatment program, as directed by the Probation Office; the defendant shall pay all or part of the costs associated with such treatment, based on his ability to pay, as determined by the Probation Office. 5) The defendant shall make full and complete financial disclosure to the Probation Office on a quarterly basis during the period of supervised release. On November 12, 2004, the Court modified the special condition as follows: The defendant shall pay restitution to the victims of his offense at the rate of $245 per month, except when actively enrolled in an educational/vocational program that has been approved by the United States Probation Office; at such times he is actively enrolled in an educational/vocational program, the defendant will be required to pay $100 per month towards his restitution.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1- Violation of General Condition:** "While on supervised release, the defendant shall not commit another federal, state, or local crime." On June 29, 2005, supervised releasee Hunter wilfully caused physical injury to Carolina Mendez, as evidenced by the affidavit of Willimantic, Connecticut Police Officer Christopher Rood, in violation of Connecticut General Statute section 53a-95. Violation of Law. (General Condition)

**Charge No. 2- Violation of Special Condition:** "The defendant shall pay restitution to the victims of his offense at the rate of $245 per month, except when actively enrolled in an educational/vocational program that has been approved by the United States Probation Office; at such times he is actively enrolled in an educational/vocational program, the defendant will be required to pay $100 per month towards his restitution." Since a final revocation hearing was held on December 15, 2004, supervised releasee Hunter has complied with the restitution order of $200 per month on one occasion. He made a $300 payment on December 17, 2004. Each subsequent month has included either a payment lower than $200 or no payment toward restitution at all. (Special Condition)
**PRAYING THAT THE COURT WILL ORDER** that this Petition will serve as a summons directing Mr. Hunter to appear before this Court at Hartford, Connecticut on _December 2nd_, 2005 at _2:00 PM_ to show cause why his supervised release should not be revoked.

**ORDER OF COURT**                                    Sworn to By

Considered and ordered this __25th__                _____
day of _October_, 2005 and ordered filed and made          Anne M. Sangiovanni
a part of the records in the above case.                   United States Probation Officer

                                                    Place __Hartford, CT__

_____                      Date __October 25, 2005__
Honorable Alvin W. Thompson
United States District Judge

Before me, the Honorable Alvin W. Thompson United States District Judge, on this 25th day of October 2005 at Hartford, Connecticut, U.S. Probation Officer Anne M. Sangiovanni appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

                                                    _____
                                                    Honorable Alvin W. Thompson
                                                    United States District Judge