UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                              CRIMINAL NO.: 3:00CR00129(AWT)

JAMES HUNTER

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On August 8, 2001, the defendant was sentenced by the undersigned for violation of 18 U.S.C. § 1344, Bank Fraud, to 27 months of incarceration followed by five years of supervised release. In addition, the following special conditions were imposed: 1) the defendant shall be required to pay restitution of $66,450 to the victims of his offense at a rate of $400 per month on the 15th day of each month commencing in the second month following his release from imprisonment; 2) the defendant shall participate in a mental health treatment program, either inpatient or outpatient, as directed by the Probation Office; and the defendant shall pay all or a part of the costs associated with such treatment, based on his ability to pay, as determined by the Probation Office; 3) the defendant shall refrain from gambling, and he shall not enter any casino or other gambling establishment, or use the internet for gambling purposes; 4) the defendant shall participate in a compulsive gambling treatment program, as directed by the Probation Office; and the defendant shall pay all or a part of the costs of such program, based on his ability to pay as determined by the Probation Office; and 5) the defendant shall make full and complete financial disclosure to the Probation Office on a quarterly basis during the period of supervised release. On November 12, 2004, the court modified the special condition as to restitution to read as follows: The defendant shall pay restitution to the victims of his offense at the rate of $245 per month, except when actively enrolled in an educational/vocational program that has been approved by the United States Probation

Office. At such times he is actively enrolled in an educational/vocational program, the defendant would then be required to pay $100 per month towards his restitution. Mr. Hunter's supervision is scheduled to terminate on April 1, 2008.

Mr. Hunter was presented before the court on December 19, 2005 to answer charges that he violated the conditions of his supervised release as cited in a Petition on Probation and Supervised Release dated October 25, 2005. He was represented by defense counsel David Moraghan, and given the opportunity to be heard. The court found that Mr. Hunter had violated the second charge set forth in the Petition on Probation and Supervised Release.

Accordingly, Mr. Hunter's conditions of supervised release are hereby modified to provide that he shall be placed at Watkinson House in Hartford, Connecticut, for a period of eight months. Also, an additional special condition is that the defendant shall refrain from emotionally or physically abusing his current domestic partner, who was identified in the Petition on Probation and Supervised Release.

All other conditions of supervised release remain in full force and effect.

It is so ordered.

Dated this 21st day of December 2005, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge