# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                    **APPEARANCE**

JAMES HUNTER                          CASE NO.:    3:00CR129(AWT)

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

**JAMES HUNTER**

Date:  May 4, 2006             /s/
                               Signature

Bar No.: ct05100               Thomas G. Dennis
                               Print Name

                               FEDERAL DEFENDER OFFICE
                               Firm Name

                               10 Columbus BLVD, FL 6
                               Address

                               Hartford,        CT       06106-1976
                               City             State    Zip Code

                               (860) 493 6260
                               Phone Number

I hereby certify that a copy of the foregoing has been mailed to: James Genco, Assistant United States Attorney, 450 Main Street, Hartford, Connecticut 06103, on this 4th day of May, 2006.

                               /s/
                               Signature