UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR129(AWT) |
| JAMES HUNTER | : | May 24, 2006 |

## MOTION TO PRECLUDE HEARSAY

The defendant, James Hunter, moves, pursuant to the Due Process Clause of the Fifth Amendment and F.R.Crim. P. 32.1(b)(2)(C) to preclude the government from introducing hearsay evidence at the upcoming revocation hearing.

The defendant respectfully refers the Court to the Memorandum of Law, filed herewith.

Respectfully submitted,

THE DEFENDANT,
JAMES HUNTER

Dated: May 24, 2006

/s/
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260
Email: thomas.dennis@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Preclude Hearsay has been mailed to James Genco, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 24th day of May 2006.

/s/
Thomas G. Dennis