UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR129(AWT) |
| JAMES HUNTER | : | May 24, 2006 |

**MOTION FOR DISCLOSURE**

The defendant, James Hunter, moves, pursuant to the Due Process Clause of the Fifth Amendment and F.R.Crim. P. 32.1(b)(2)(B), for the disclosure of any and all information that may be provided to the Court by the United States Probation Office, and which relates in any way to the pending petition to revoke his supervised release.

The defendant respectfully refers the Court to the Memorandum of Law, filed herewith.

Respectfully submitted,

THE DEFENDANT,
JAMES HUNTER

Dated: May 24, 2006     /s/_____
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260
Email: thomas.dennis@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Disclosure has been mailed to James Genco, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 24th day of May 2006.

/s/_____
Thomas G. Dennis