# United States District Court

DISTRICT OF Connecticut

USA v. James Hunter

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00CR129 (AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Genco | Dennis |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/25/06 | Thompson | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/25/06 |  |  | Elaine Cohen, Hartford, CT |
| 1 |  | " |  | ✓ | 4/7/06 Closing Summary |
| 2 |  | " |  | ✓ | 4/5/06 Memo, Hauslaib/San Giovanni |
| 3 |  | " |  | ✓ | 4/4/06, Donohue/Hauslaib |
| 4 |  | " |  | ✓ | 3/11/06 Disciplinary Action Report (page 1) |
| 5 |  | " |  | ✓ | 3/11/06 Disciplinary Action Report (page 2) |
| 6 |  | " |  | ✓ | Progress Report (1/12-1/26/06) |
| 7 |  | " |  | ✓ | Progress Report (1/27-2/10/06) |
| 8 |  | " |  | ✓ | Progress Report (2/11-2/24/06) |
| 9 |  | " |  | ✓ | Case Plan (3/5/06) |
| 10 |  | " |  | ✓ | Page from Program Log (3/30/06) |
| 11 |  | " |  | ✓ | 4/2/06 Incident Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages