# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JAMES HUNTER                                   Docket No. 3:00CR00129(AWT)

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Anne M. Sangiovanni, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JAMES HUNTER who was sentenced to 27 months imprisonment for a violation of 18 U.S.C. § 1344, Bank Fraud (six counts) by the Honorable Alvin W. Thompson sitting in the court at Hartford, Connecticut on April 8, 2001 who fixed the period of supervision at five years which commenced on April 1, 2003 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall be required to pay restitution of $66,450 to the victims of his offense at a rate of $400 per month on the 15th day of each month commencing in the second month following his release from imprisonment. 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as directed by the Probation Office; the defendant shall pay all or part of the costs associated with such treatment, based on his ability to pay, as determined by the Probation Office. 3) The defendant shall refrain from gambling, and he shall not enter any casino or other gambling establishment, or use the internet for gambling purposes. 4) The defendant shall participate in a compulsive gambling treatment program, as directed by the Probation Office; the defendant shall pay all or part of the costs associated with such treatment, based on his ability to pay, as determined by the Probation Office. (See attached)

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1- Special Condition:** "The defendant shall be placed at the Watkinson House in Hartford, Connecticut for a period of eight months." On January 16, 2006, Mr. Hunter commenced his eight month halfway house placement at the Watkinson House. On April 7, 2006, he was unsatisfactory terminated from the program, as evidenced by a report by Marla Hauslaib, Associate Director of the Watkinson House.

**Charge No. 2- Special Condition:** "The defendant shall pay restitution to the victims of his offense at the rate of $245 per month, except when actively enrolled in an educational/vocational program that has been approved by the United States Probation Office; at such times he is actively enrolled in an educational/vocational program, the defendant will be required to pay $100 per month towards his restitution." Since the revocation hearing held on December 19, 2005, Mr. Hunter has made one payment toward restitution on January 17, 2006 in the amount of $30.

**Charge No. 3-Standard Condition:** "The defendant shall not commit another federal, state, or local crime." On August 9, 2006, Mr. Hunter was charged with Improper Parking and Driving with a Suspended License by the Willimantic, Connecticut Police Department and Evading Responsibility and Driving with a Suspended License by the Connecticut State Police. On September 19, 2006, Mr. Hunter appeared in Rockville Superior Court under docket # T19R-MV06-0355394-S, probable cause was found and he was released on a promise to appear on October 3, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing JAMES HUNTER to appear before this court at Hartford, Connecticut on _____, 2006 at _____ to show cause why his supervised release should not be revoked.

| ORDER OF COURT | Sworn to By |
|---|---|
| Considered and ordered this 26th day of Sept., 2006 and ordered filed and made a part of the records in the above case. | *signature* Anne M. Sangiovanni United States Probation Officer |
| | Place: Hartford, CT |
| The Honorable Alvin W. Thompson United States District Judge | Date: September 26, 2006 |

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 26th day of September, 2006 at Hartford, Connecticut, U.S. Probation Officer Anne M. Sangiovanni appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge

5) The defendant shall make full and complete financial disclosure to the Probation Office on a quarterly basis during the period of supervised release. On November 12, 2004, the Court modified the special condition as follows: The defendant shall pay restitution to the victims of his offense at the rate of $245 per month, except when actively enrolled in an educational/vocational program that has been approved by the United States Probation Office; at such times he is actively enrolled in an educational/vocational program, the defendant will be required to pay $100 per month towards his restitution. On December 19, 2005, the Court modified the special conditions to include the following: The defendant shall be placed at the Watkinson House in Hartford, Connecticut for a period of 8 months and the defendant shall refrain from emotionally or physically abusing his current domestic partner.