UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR129(AWT) |
| JAMES HUNTER | : | October 27, 2006 |

## MOTION TO POSTPONE

The defendant, James Hunter, moves to postpone the revocation hearing presently scheduled for October 30, to a date convenient to the Court on or after November 13.

Mr. Hunter is presently on trial in a state criminal matter in Danielson Superior Court. A jury was selected on October 26 and the evidence is expected to start during the week of October 30.

The undersigned has been unable to reach AUSA James Genco in order to obtain the government's position on this motion.

Respectfully submitted,

THE DEFENDANT,
JAMES HUNTER

Dated: October 27, 2006        /s/
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260
Email: thomas.dennis@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2006, a copy of the foregoing Motion to Postpone was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas G. Dennis
ct05100
Office of the Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Fax: (860) 493-6269
Email: thomas.dennis@fd.org