UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR129(AWT) |
| JAMES HUNTER | : | November 1, 2006 |

**MOTION FOR LEAVE TO SERVE OUT OF STATE SUBPOENA**

The defendant, James Hunter, moves pursuant to Local Criminal Rule 17(b) for permission to serve a subpoena duces tecum on:

> Records Custodian
> Federal Bureau of Prisons
> Northeast Regional Office
> 2nd & Chestnut St., 7th Fl
> Philadelphia, PA 19106

Said subpoena will seek the production of records concerning the defendant's incarceration at the Watkinson House, 136 Collins Street, Hartford, CT between January 12 and April 5, 2006.

A copy of the subpoena is attached.

The defendant further requests, pursuant to F.R. Crim. P. 17(C), that the recipient of this subpoena be directed to produce the records on or before December 1, 2006, and that the parties be permitted to inspect and copy said records upon their arrival.

>                     Respectfully submitted,
>
>                     THE DEFENDANT,
>                     JAMES HUNTER

Dated: November 1, 2006        /s/
                                Thomas G. Dennis
                                Federal Defender
                                10 Columbus Blvd, FL 6
                                Hartford, CT 06106-1976
                                Bar No. ct05100
                                (860) 493-6260
                                Email: thomas.dennis@fd.org

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 1, 2006, a copy of the foregoing Motion For Leave To Serve Out of State Subpoena was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas G. Dennis  
ct05100  
Office of the Federal Defender  
10 Columbus Blvd, 6th FL  
Hartford, CT 06106  
Phone: (860) 493-6260  
Fax: (860) 493-6269  
Email: thomas.dennis@fd.org