AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

_____ DISTRICT OF ___Connecticut___

United States of America

**v.**

James Hunter

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:00CR129(AWT)

**TO:** Records Custodian
Federal Bureau of Prisons
Northeast Regional Office
2nd & Chestnut Street, 7th Fl
Philadelphia, PA  19106

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>450 Main Street<br>Hartford, CT  06103 | South Courtroom |
| | DATE AND TIME<br>December 1, 2006 @ 10a.m. |

☒ YOU ARE ALSO COMMANDED to  produce  the following document(s) or object(s):

All records, notes, reports and memoranda pertaining to Mr. James Hunter's (Inmate #13911-014), incarceration at Watkinson House, a community corrections facility located at 136 Collins St., Hartford, CT  06105, during the period January 12, 2006 to and including April 5, 2006

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| KEVIN F. ROWE | November 1, 2006 |
| (By) Deputy Clerk  *Barbara J. Sunbury* (signature) | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Thomas G. Dennis, Federal Defender
10 Columbus Blvd., Fl 6
Hartford, CT  06106      (860) 493-6260