# United States District Court

DISTRICT OF _Connecticut_

*United States District Court*
*District of Connecticut*
**FILED AT HARTFORD**
October 30, 2006
Kevin F. Rowe, Clerk
By S.L. Smith
Deputy Clerk

USA v. James Hunter

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00CR129

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Jim Genco | Tom Dennis |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 10/30/06 | Huntington | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 10/30/06 |  |  | Cont'd testimony of Elaine Cohen, Hartford, CT |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages