UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR129(AWT) |
| JAMES HUNTER | : | |

**ORDER**

A Motion For Leave To Serve Out of State Subpoena having been presented to the Court and it appearing that said Motion ought to be Granted, it is hereby ORDERED:

(1)  that the defendant, James Hunter, be authorized to serve a subpoena duces tecum, together with a copy of this Order on the Records Custodian, Federal Bureau of Prisons, Northeast Regional Office; and

(2)  that said custodian be directed to produce the subpoenaed records on or before December 1, 2006.

Dated at Hartford, CT, this ____ day of November, 2006.

/s/_____
Alvin W. Thompson
U.S. District Judge