UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:00CR129(AWT) |
| JAMES HUNTER | : | June 20, 2007 |

**MOTION IN LIMINE: HALFWAY HOUSE RECORDS**

The defendant, James Hunter, moves to preclude as evidence the records of Community Solutions, Inc. Watkinson House for the reason that they consist of inadmissible and unreliable hearsay. Introduction of these records would violate Mr. Hunter's Due Process and confrontation rights. See F.R.Crim.P. 31.1(b)(2)(C).

The defendant respectfully refers the Court to the Memorandum of Law in support of this Motion, filed herewith.

          Respectfully submitted,

          THE DEFENDANT,
          JAMES HUNTER

          THOMAS G. DENNIS
          FEDERAL DEFENDER

Dated: June 20, 2007      /s/_____
          Thomas G. Dennis
          Federal Defender
          10 Columbus Blvd, 6th FL
          Hartford, CT 06106
          Phone: (860) 493-6260
          Bar No.: ct05100
          Email: thomas.dennis@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2007, a copy of the foregoing Motion In Limine: Halfway House Records was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/_____
          Thomas G. Dennis