# UNITED STATES DISTRICT COURT

DISTRICT OF __Connecticut__

United States District Court
District of Connecticut
FILED AT HARTFOR[D]
July 12, 2007
Kevin F. Rowe, Cl[erk]
By S.L. Smith
Deputy Clerk

**EXHIBIT ~~AND WITNESS~~ LIST**

USA v. James Hunter

Case Number: 3:00CR129 (AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Genco | Dennis |
| TRIAL DATE(S) 7/12/07 | COURT REPORTER Huntington | COURTROOM DEPUTY Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   | 1 | 7/12/07 | ✓ |   | Hospital Records for James Hunter |
| 1 |   | 5/25/06 | ✓ |   | Community Solutions Summary 4/7/06 |
| 2 |   | " | ✓ |   | "        "        "        4/5/06 |
| 3 |   | " | ✓ |   | 4/4/06 Memo, Donahue/Hauslaib |
| 4 |   | " | ✓ |   | Disciplinary Action Rpt 3/11/06 (p.1) |
| 5 |   | " | ✓ |   | "        "        "        (p.2) |
| 6 |   | " | ✓ |   | Community Solutions Notes 2/10/06 |
| 7 |   | " | ✓ |   | "        "        "        2/10/06 |
| 8 |   | " | ✓ |   | "        "        "        3/8/06 |
| 9 |   | " | ✓ |   | Case Plan  3/5/06 |
| 10 |   | " | ✓ |   | Watkinson House Notes 3/30/06 |
| 11 |   | " | ✓ |   | Community Solutions Incident Rpt 4/2/06 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages