Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of **Connecticut**

United States of America

v.

James Hunter

Docket No.: **3:00CR129(AWT)**

**Alvin W. Thompson**
(District Court Judge)

Notice is hereby given that **James Hunter** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ _____ ] _____
(specify)

entered in this action on **July 16, 2007**.
(date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date **July 17, 2007**

TO

James G. Genco
Assistant United States Attorney
450 Main Street
Hartford, CT  06103
(860) 947 1101

ADD ADDITIONAL PAGE (IF NECESSARY)

**Thomas G. Dennis**
(Counsel for Appellant)

Address  Federal Defenders
10 Columbus BLVD, FL 6
Hartford, CT 06106-1976

Telephone Number: (860) 493 6260

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Prepare proceedings July 12, 2007<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment  ( [ ] Funds [ ] )  CJA Form 24 [✓]

ATTORNEY'S SIGNATURE _____    DATE **July 17, 2007**

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
|  | Date _____   Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court  (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05