# DISTRICT OF CONNECTICUT - HARTFORD
# NOTICE OF APPEAL COVER MEMO

DATE: **August 3, 2007**        TO:    Intake Clerk

                                FROM:  Bonnie P. D'Onofrio, Deputy Clerk

**CASE TITLE:**        USA v. James Hunter

**DOCKET NO.:**        3:00cr129(AWT)

**NOTICE OF APPEAL:**  filed: **July 17, 2007**

**APPEAL FROM:**       final judgment: __

                      interlocutory: __

                      other: **Document #86**

**DOCKET SHEET:**      Attorney, updated address & phone number for each party **Y**

                      All parties are listed on Docket Sheet
                      (Including Third Parties) **Y**

                      All docket entries and dates are included **Y**

**FEE STATUS:**        Paid _____    Due _____    N/A ✓

                      IFP revoked _____    Application Attached _____

                      IFP pending before district judge **No**

**COUNSEL:**           CJA _____    Retained _____    Pro Se _____

**TIME STATUS:**       Timely ✓    Out of Time _____

**MOTION FOR
EXTENSION OF TIME:**   Granted _____    Denied _____

**COA:**               Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

**Counsel of Record is Public Defender**

---

**I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.**

SIGNED: _____    DATE: _____
DEPUTY CLERK, USCA

USCA No. _____.