Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of Connecticut

United States of America

v.

James Hunter

Docket No.: 3:00CR129(AWT)

Alvin W. Thompson
(District Court Judge)

Notice is hereby given that James Hunter appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ____ ] _____
(specify)

entered in this action on July 16, 2007
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date July 17, 2007

TO

James G. Genco
Assistant United States Attorney
450 Main Street
Hartford, CT 06103
(860) 947 1101

ADD ADDITIONAL PAGE (IF NECESSARY)

Thomas G. Dennis
(Counsel for Appellant)

Address Federal Defenders
10 Columbus BLVD, FL 6
Hartford, CT 06106-1976

Telephone Number: (860) 493 6260

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Prepare proceedings July 12, 2007<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment ( [ ] Funds [ ] )    CJA Form 24 [✓]

ATTORNEY'S SIGNATURE    DATE July 17, 2007

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05