UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

           vs.  :  CRIMINAL NO.  3:00CR129(AWT)
                                  (USCA No. 07-4237-cr)

JAMES HUNTER  :

## INDEX TO RECORD ON APPEAL

| **VOLUME I** | **DOCUMENT NO.** |
|---|---|
| 1. | Indictment (Entered 6/20/2000) | 1 |
| 2. | Scheduling Order (Entered 6/28/2000) | 3 |
| 3. | Sealed Document by James Hunter (Entered 6/20/2000 | 4 |
| 4. | CJA 20 as to James Hunter (Entered 6/29/2000) | 7 |
| 5. | Nonsurety Bond (Entered 6/29/2000) | 5 |
| 6. | Order Setting Conditions of Release (Entered 6/29/2000) | 6 |
| 7. | Marshal's Return of Service (Entered 7/20/2000) | 8 |
| 8. | Motion to Extend Scheduling Order  by James Hunter (Entered 7/20/2000) | 9 |
| 9. | Waiver of Speedy Trial (Entered 7/25/2000) | 10 |
| 10. | Order granting motion to Extend Scheduling Order (Entered 8/1/2000) | 11 |
| 11. | Modified Scheduling Order (Entered 8/1/2000) | 12 |
| 12. | Motion for Review of Magistrate Judge's Order of Electronic Monitoring and Home Confinement (Entered 8/23/2000) | 13 |
| 13. | Motion to Incur Expense re: Transcript (Entered 8/24/2000) | 14 |
| 14. | Bond Hearing (Entered 8/29/2000) | 15 |
| 15. | Motion for Service of Subpoena by United States Marshal (Entered 9/18/2000) | 16 |
| 16. | Motion to Authorize Funds for Expert Witness (Entered 9/18/2000) | 17 |
| 17. | Motion in Limine re: Handwriting Exemplars (Entered 9/18/2000) | 18 |

- 2 -

| **VOLUME I** | **DOCUMENT NO.** |
|---|---|
| 18. Motion for Discovery and Inspection By The Defendant (Entered 9/18/2000) | 19 |
| 19. Memorandum in Support of Motion for Discovery and Inspection (Entered 9/18/2000) | 20 |
| 20. Motion in Limine re: Prior Bad Acts (Entered 9/18/2000) | 21 |
| 21. Motion in Limine to Exclude Evidence Regarding Prior Convictions (Entered 9/18/2000) | 22 |
| 22. Memorandum in Support of Motion in Limine to Exclude Evidence Regarding Prior Convictions (Entered 9/18/2000) | 23 |
| 23. Memorandum of Law Regarding Daubert Issue (Entered 9/18/2000) | 24 |
| 24. Motion to Continue Hearing for Supervised Release Until October 2000 (Entered 9/18/2000) | 25 |
| 25. Memorandum in Support of Motion in Limine re: Prior Bad Acts (Entered 9/18/2000) | 26 |
| 26. Motion to Postpone Jury Selection until January 2001 (Entered 10/4/2000) | 27 |
| 27. Waiver of Speedy Trial (Entered 10/17/2000) | 28 |
| 28. Motion for Extension of Time to November 1, 2000 (Entered 10/25/2000) | 29 |
| 29. Appearance for USA (Entered 10/25/2000) | 30 |
| 30. Response by USA re Motion in Limine re Prior Bad Acts (Entered 10/25/2000) | 31 |
| 31. Response by USA re Motion in Limine To Exclude Evidence Regarding Prior Convictions (Entered 11/1/2000) | 32 |
| 32. Response by USA re Motion for Discovery and Inspection by the Defendant Relating to Handwriting Exemplars (Entered 11/1/2000) | 33 |
| 33. Response by USA re Motion in Limine re Handwriting Exemplars (Entered 11/1/2000) | 34 |
| 34. Waiver of Speedy Trial by James Hunter (Entered 11/20/2000) | 35 |
| 35. Waiver of Speedy Trial by James Hunter (Entered 1/11/2001) | 36 |
| 36. Motion by USA re Postpone Jury Selection (Entered 2/20/2001) | 37 |
| 37. Modified Scheduling Order (Entered 3/20/2001) | 38 |

- 3 -

**VOLUME I**                                                              **DOCUMENT NO.**

| | | |
|---|---|---|
| 38. | Waiver of Speedy Trial (Entered 3/22/2001) | 39 |
| 39. | Motion by James Hunter to Authorize Funds for Psychiatrist (Entered 4/19/2001) | 40 |
| 40. | Bond Hearing (Entered 4/19/2001) | 41 |
| 41. | Motion by USA to Revoke Release Order (Entered 4/19/2001) | 42 |
| 42. | Change of Plea (Entered 5/4/2001) | 43 |
| 43. | Plea Agreement Letter (Entered 5/4/2001) | 44 |
| 44. | Motion by James Hunter for Sentence to Shock Incarceration Program (Entered 8/7/2001) | 45 |
| 45. | Motion by James Hunter for Downward Departure (Entered 8/7/2001) | 46 |
| 46. | Sentencing (Entered 8/9/2001) | 47 |
| 47. | Judgment (Entered 8/9/2001) | 48 |
| 48. | Order of Restitution (Entered 8/31/2001) | 49 |
| 49. | Notice to Parties (Entered 10/16/2001) | 50 |
| 50. | Minute Entry re Status Conference (Entered 1/9/2004) | 51 |
| 51. | Probation Form 12 (Entered 8/17/2004) | 52 |
| 52. | Notice of Supervised Release Violation Hearing (Entered 9/9/2004) | 53 |
| 53. | Minute Entry: Final Hearing re Revocation of Supervised Release (Entered 12/16/2004) | 54 |
| 54. | Order Modifying Conditions of Supervised Release (Entered 1/26/2005) | 55 |
| 55. | Probation Form 12 (Entered 10/26/2005) | 56 |
| 56. | CJA 20: Appointment of David A. Moraghan (Entered 1/11/2006) | 59 |
| 57. | Minute Entry: Final Hearing re Revocation of Supervised Release held on 12/19/2005 (Entered 12/20/2005) | 57 |
| 58. | Order Modifying Conditions of Supervised Release (Entered 12/27/2005) | 58 |
| 59. | Probation Form 12 (Entered 4/13/2006) | 60 |
| 60. | Ex Parte Motion by James Hunter (Entered 4/28/2006) | 61 |

- 4 -

| **VOLUME I** | | **DOCUMENT NO.** |
|---|---|---|
| 61. | Sealed Order Granting ExParte Motion (Entered 4/28/2006) | 62 |
| 62. | Sealed Order (Entered 4/28/2006) | 63 |
| 63. | Attorney Appearance (Entered 5/4/2006) | 64 |
| 64. | Motion to Preclude Hearsay by James Hunter (Entered 5/24/2006) | 66 |
| 65. | Motion for Disclosure by James Hunter (Entered 5/24/2006) | 67 |
| 66. | Exhibit List and Witness List by USA (Entered 5/26/2006) | 68 |
| 67. | Probation Form 12 (Entered 9/28/2006) | 71 |
| 68. | Motion to Continue Revocation Hearing by James Hunter (Entered 10/27/2006) | 72 |
| 69. | Electronic Order: Defendant's Motion to Postpone (Entered 10/27/2006) | 73 |
| 70. | Minute Entry: Final Hearing re Revocation of Supervised Release (Entered 11/1/2006) | 74 |
| 71. | Witness List by James Hunter (Entered 11/3/2006) | 77 |
| 73. | Motion for Leave to Serve Out of State Subpoena by James Hunter (Entered 11/2/2006) | 75 |
| 74. | E-Filing Order as to James Hunter (Entered 11/3/2006) | 76 |
| 75. | Electronic Order: Defendant's Motion fo Leave to Serve Out of State Subpoena (Entered 11/3/2006) | 78 |
| 76. | Order as to James Hunter re: Motion for Leave to Serve Out of State Subpoena (Entered 11/6/2006) | 79 |
| 77. | Motion in Limine by James Hunter (Entered 6/20/2007) | 81 |
| 78. | Memorandum in Opposition by USA re: Motion in Limine (Entered 7/10/2007) | 82 |
| 79. | Oral Motion voluntary surrender by James Hunter (Entered 7/13/2007) | 83 |
| 80. | Minute Entry for proceedings held on 7/12/2007 (Entered 7/13/2007) | 84 |
| 81. | Marked Exhibit List by James Hunter (Entered 7/13/2007) | 85 |
| 82. | Judgment for revocation of supervised release (Entered 7/17/2007) | 86 |
| 83. | Notice of Appeal by James Hunter (Entered 7/17/2007) | 87 |

- 5 -

| **VOLUME I** | | **DOCUMENT NO.** |
|---|---|---|
| 84. | Re-Docketed Notice of Appeal by James Hunter (Entered 10/1/2007) | 92 |
| 85. | Notice re: Notice of Appeal: Final Judgment (Entered 8/3/2007) | 88 |
| 86. | Docket Entry Correction as to James Hunter (Entered 8/3/2007) | 89 |
| 87. | Docket Entry Correction as to James re: Notice of Appeal (Entered 10/1/2007) | 91 |

**VOLUME II**

| 1. | Transcript of Proceedings on December 19, 2005 | 65 |
|---|---|---|
| 2. | Transcript of Proceedings on May 25, 2006 | 70 |
| 3. | Transcript of Proceedings on October 30, 2006 | 80 |
| 4. | Transcript of Proceedings on July 12, 2007 | 90 |
| 5. | Clerk's Certificate | A |

Respectfully submitted,

THE DEFENDANT,
JAMES HUNTER

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated:  October 16, 2007

/s/ _____
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct05100
Email: thomas.dennis@fd.org

- 6 -