CTDC-NHCT
00-cr-129
THOMPSON

# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,
    Appellee,

vs.              :    DOCKET NO. 07-4237-cr

JAMES HUNTER,         :    May 1, 2008
    Defendant-Appellant

### STIPULATION FOR WITHDRAWAL OF APPEAL

The Parties hereby stipulate to withdraw this appeal, with prejudice.

*[FILED — UNITED STATES COURT OF APPEALS SECOND CIRCUIT — MAY 8 2008 — Catherine O'Hagan Wolfe, Clerk]*

_____
Attorney for Appellant
Thomas G. Dennis
Federal Defender
10 Columbus Blvd., Fl 6
Hartford, CT 06106
(860) 493-6260

_____
James Hunter, Defendant/Appellant

_____
Attorney for Appellee
James G. Genco
Assistant United States Attorney
Federal Building
450 Main Street, Room 328
Hartford, CT 06103

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
    DEPUTY CLERK

SO ORDERED:

MAY 8 2008
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By: _____
Joy Fallek, Administrative Attorney

CERTIFIED: 5/9/08